IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TYRONE B. GREEN, | * |
| Petitioner, | * |
| v. | Case No. 5:24-cv-00193-MTT-CHW |
| | * |
| Warden TIMOTHY SALES, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 11th day of June, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk